# **EXHIBIT D**

**Lauren Lynch**

| | |
|---|---|
| **From:** | Merritt Abney |
| **Sent:** | Wednesday, January 25, 2023 12:08 PM |
| **To:** | David K. Haller |
| **Cc:** | C. Michelle Stith; John McElwaine; Lydia Spry; Lauren Lynch; Logan Lewis |
| **Subject:** | RE: Hawaii depositions |

Thanks David.

I sent your proposed schedule to my client, and will let you know once I've confirmed their availability on the specific days we discussed or if we need to make any adjustments to that schedule.

Regarding the Rule 30(b)(6) notice of Teuila, I will respond this week on which topics we will have a witness to testify during the week of February 20. As discussed, Eddie Sax is unavailable that week, and I still need to determine whether Sax will be the designee for any of the topics listed in the notice.

Thank you for agreeing to address the topic objections stated in my letter. I will review your amended notice upon receipt and let you know if we have any further concerns.

I'll look at the calendar this afternoon and give you some proposed dates for your folks' depositions in March shortly. Thanks.

Merritt



**MERRITT G. ABNEY   PARTNER**
merritt.abney@nelsonmullins.com

**LIBERTY CENTER | SUITE 600**
**151 MEETING STREET | CHARLESTON, SC 29401**
T **843.534.4110**   F **843.722.8700**
**NELSONMULLINS.COM**   VCARD   VIEW BIO

---

**From:** David K. Haller <dhaller@hallerlawfirm.com>
**Sent:** Wednesday, January 25, 2023 11:59 AM
**To:** Merritt Abney <merritt.abney@nelsonmullins.com>
**Cc:** C. Michelle Stith <Michelle@richterfirm.com>
**Subject:** Hawaii depositions

◄**External Email**► - From: dhaller@hallerlawfirm.com

Merritt:

This confirms our telephone conversation of this morning regarding depositions. We have agreed to start on February 21 at 10am with the 30(b)(6) of Roberts with Roy Pfund immediately following, and the 30(b)(6) of Teulia Hawaii. We hope to

1

get these in on Tuesday, but will carry them over to Wednesday, if necessary.  JoAnn Erban and Jason Young will move forward on Wednesday after the depositions of the defendants and Roy Pfund.  I understand you plan to notice Kanani for either Wednesday or Thursday.

If this is correct for scheduling, I will send an amended deposition notice.

You mentioned some issues with the 30(b)(6) deposition notices.  I think those objections are a tad superficial, but I will tweak the notice to comply with the stated concerns.

Given the distance and time issues, it seems to me to be easiest for us to use the same conference room and court reporter for the week.  Since your clients are Hawaii based, we can coordinate the conference room if your office can find a court reporter.

Also, please give me several dates after March 15 for the depositions of the witnesses in Charleston you will want to take.  For now, if you want to block 3 days off just so we don't overbook, I am glad to do that.

Best,

David



**David K. Haller**
604 Savannah Highway, Charleston, South Carolina 29407
843-224-7860
www.dhallerlawfirm.com

Martindale-Hubbell A-V Rated
Platinum Client Champion by Martindale-Hubbell
Charleston Business Magazine Legal Elite- Business Litigation 2018, 2019, 2020, 2021, 2022

Please note that the information contained in this e-mail does not create an attorney client relationship.  An attorney-client relationship is not established until a signed agreement is made between the attorney and prospective client.  Nevertheless, the information contained in this e-mail transmission is legally privileged and confidential.  It is intended for the use of the individual or company to whom it is directed. If the receiver of this e-mail is not the intended recipient, you are hereby notified that no privilege is waived by virtue of your inadvertent receipt and that any distribution or copying of this e-mail is strictly prohibited by both State and Federal communications laws.  If you have received this e-mail in error, please delete any and all copies of the same from any media to which it may have been stored and destroy any hard copies which may have been generated.  This firm does not give tax advice of any kind.